UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

                Plaintiffs,                Case No. 2:26-cv-10916

v.                                 Honorable Susan K. DeClercq
                                 United States District Judge

EVERQUOTE, INC., et al.,

                Defendants.

_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT
EVERQUOTE'S MOTION TO STAY DISCOVERY (ECF No. 40)**

In March 2026, Plaintiff Mark W. Dobronski sued ten Defendants alleging violations of the Telephone Consumer Protection Act (TCPA), the Michigan Home Solicitation Sales Act, the Florida Telemarketing Sales Act, and the Michigan Consumer Protection Act. *See* ECF No. 1. Two months later, Dobronski filed an amended complaint in response to two motions to dismiss. *See* ECF Nos. 28; 29; 32.

Defendant Everquote Inc., ("Everquote") has filed a motion to dismiss Dobronski's first amended complaint, ECF No. 39, as well as a motion to stay discovery, ECF No. 40, seeking an order staying discovery until its motion to dismiss is resolved. Everquote argues that any discovery before its motion to dismiss is resolved would be premature and burdensome. *See* ECF No. 40.

But, as Dobronski correctly notes in his response to Everquote's motion to stay discovery, "the Federal Rules [of Civil Procedure] already prevent the premature discovery burden EverQuote invokes." ECF No. 41 at PageID.433. Indeed, Civil Rule 26(d)(1) provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." FED. R. CIV. P. 26 (d)(1). In this way, discovery has not yet begun, so no stay is necessary. Indeed, Everquote does not even identify any discovery requests it has received that might necessitate a stay. *See generally* ECF No. 40.

At bottom, it appears to this Court that Everquote's motion to stay discovery is premature, so it will be denied without prejudice. This Court will also remind *all parties* to refer to and comply with Civil Rule 26 when determining how to proceed on discovery-related matters.

Accordingly, it is **ORDERED** that Everquote's Motion to Stay Discovery, ECF No. 40, is **DENIED WITHOUT PREJUDICE**.

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 13, 2026

- 2 -