MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI

Plaintiff(s),                                          Case No.  26cv10916

v.                                                            Judge  Susan K. DeClercq

EVERQUOTE, INC., ET. AL.                    Magistrate Judge  Kimberly G. Altman

Defendant(s).

_____/

**NOTICE OF CORRECTION**

Docket entry number ___59___, filed _____7/13/2026_____, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [✓] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact ___Richard C. Thieme___ at __(313) 234-5013__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated:  July 13, 2026                              Richard C. Thieme
                                                               Deputy Clerk